**DISMISS and Opinion Filed January 27, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-19-01406-CR**

**DANIEL SHAW, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the 265th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F19-56007-R**

## MEMORANDUM OPINION

Before Justices Bridges, Whitehill, and Nowell
Opinion by Justice Whitehill

Daniel Shaw filed a pro se notice of appeal on November 14, 2019. The clerk's record, filed December 23, 2019, shows appellant was indicted for evading arrest. On October 24, 2019, the State filed a motion to dismiss prosecution which the trial court granted. Thus, it appears appellant is trying to appeal the trial court's order dismissing the case.

In Texas, appeals in criminal cases are permitted only when they are authorized by statute. *State ex rel. Lykos*, 330 S.W.3d 904, 915 (Tex. Crim. App. 2011); *see* TEX. CODE CRIM. PROC. ANN. art. 44.02. Generally, a criminal defendant may only appeal from a final judgment. *See State v. Sellers*, 790 S.W.2d 316, 321 n.4 (Tex. Crim. App. 1990). A "final judgment" is a "final judgment of conviction," which is defined in the Code of Criminal Procedure as "the written declaration of the court signed by the trial judge and entered of record showing the conviction or

acquittal of the defendant." *Raley v. State*, 441 S.W.3d 647, 650 (Tex. App.—Houston [1st Dist.] 2014, pet ref'd); TEX. CODE CRIM. PROC. ANN. art. 42.01, § 1. Appellant was not convicted or acquitted in trial court cause number F19-56007-R. Rather, the State filed a motion to dismiss the case against him which the trial court granted.

Because this appeal does not fall within the exceptions to the general rule that appeal may be taken only from a final judgment of conviction, we conclude we have no jurisdiction.

We dismiss this appeal for want of jurisdiction.


/Bill Whitehill/
BILL WHITEHILL
JUSTICE

Do Not Publish
TEX. R. APP. P. 47.2(b)
191406F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

DANIEL SHAW, Appellant

No. 05-19-01406-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the 265th Judicial District Court, Dallas County, Texas
Trial Court Cause No. F19-56007-R.
Opinion delivered by Justice Whitehill.
Justices Bridges and Nowell participating.

Based on the Court's opinion of this date, we **DISMISS** this appeal for want of jurisdiction.

Judgment entered January 27, 2020.